UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLMA TURENNE,<br><br>Petitioner,<br><br>v.<br><br>LAURA HERMOSILLO, Seattle Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operation, *et al.*,<br><br>Respondents. | Case No. C26-275-RSM<br><br>ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER |

This matter comes before the Court on Petitioner Rolma Turenne's Motion for Temporary Restraining Order ("TRO"), Dkt #2. This case and the instant Motion were filed on January 22, 2026, in the District of Oregon. Dkts. #1 and #2. Petitioner requested, "(a) an immediate order barring the respondents from removing petitioner from the state of Oregon, or the state of Washington, should the petitioner be in the state of Washington at the time such order is issued, without notice to the court and approval by the court and (b) an order to show cause why this petition should not be granted within three (3) days." Dkt. #2 at 1. On January 23, 2026, Judge Amy M. Baggio held a status conference where it was determined that Petitioner was no longer in the District of Oregon and had been sent to this District. Dkt. #11.

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER - 1

Judge Baggio directed this case to be transferred immediately to this District "to be consolidated with WDWA Case No. 3:26-cv-05064." *Id*. Case No. 3:26-cv-05064 has been given a new case number of 2:26-cv-00274. The Court's initial review indicates these cases are duplicative and will likely be consolidated.

The Court finds that Petitioner's requested relief in the instant Motion is now moot, for several reasons. First, Respondents can no longer be barred from removing petitioner from the state of Oregon as that has already happened. Second, Scheduling Orders directing Respondents to show cause why this petition should not be granted have already been issued in both cases, consistent with this District's standard practice for cases such as these. *See* Dkt. #14; Case No. 2:26-cv-00274, Dkt. #2. These Scheduling Orders also require Respondents to provide notice to the Court before moving Petitioner out of the District. *Id*. Finally, the Court notes that Petitioner did not file a TRO in C26-274. The Court concludes that the instant Motion is outdated and seeks duplicative relief.

Accordingly, having considered the briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's Motion for Temporary Restraining Order, Dkt #2, is DENIED.

DATED this 26th day of January, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER - 2