UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLMA TURENNE,<br><br>Petitioner,<br><br>v.<br><br>LAURA HERMOSILLO, Seattle Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operation, *et al.*,<br><br>Respondents. | Case No. C26-275-RSM<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 |

This matter comes before the Court on Petitioner Rolma Turenne's Motion to Grant Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, Dkt. #17. This case was opened on January 22, 2026, in the District of Oregon. Dkt. #1. On January 23, 2026, Judge Amy M. Baggio held a status conference where it was determined that Petitioner was no longer in the District of Oregon and had been sent to this District. Dkt. #11. Judge Baggio directed this case to be transferred immediately to this District "to be consolidated with WDWA Case No. 3:26-cv-05064." *Id*. Case No. 3:26-cv-05064 has been given a new case number of 2:26-cv-00274. The Court's review indicates these cases are duplicative. No action has occurred in the parallel

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 **- 1**

case, other than the Government filing on February 6, 2026, a Notice that Petitioner has been released from custody.

The instant Motion was filed in this case after Petitioner's release and he seeks only an order declaring that the Government be enjoined from enforcing a demand for $5,000 under 8 U.S.C. § 1815. Dkt. #17. Petitioner agues that he can address this issue in a habeas petition and that the fee violates due process. He cites *F.R.P. v. Walmsley et al.*, No. 3:25-cv-02927-AN 2026 U.S. Dist. LEXIS 33812 (D.Or. Feb 19, 2026). *Id.*

The Government has not responded to this Motion.

Petitioner attaches a "Notice of Fee Assessment under 8 U.S.C. § 1815" that he received, with his name and address at the top. Dkt. #17-5. It says Petitioner is not a citizen, that he was "apprehended by the U.S. Department of Homeland Security between ports of entry," and that he is "inadmissible under INA § 212(a), 8 U.S.C. § 1182(a)." *Id.* Based on that and 8 U.S.C. § 1815, it says he is "required to pay a fee in the amount of $5,130." *Id.* The form includes several threats about what will happen if Petitioner does not pay. Petitioner did not sign the form, and under the signature line titled "Signature of person served," a box is checked stating "Refusal to sign." *Id.*

Petitioner states he was lawfully admitted to this country in 2003 and had a valid work permit. Dkt. #17 at 2. He states he was not "apprehended between ports of entry." *Id.* at 8.

Under this Court's Local Rules, for a motion such as this, failure to file an opposition brief "may be considered by the court as an admission that the motion has merit." LCR 7(b)(2).

The Court has reviewed the briefing and the remainder of the record and finds that it can address the constitutionality of this fee as applied to this Petitioner at this time. Taking all

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 **- 2**

of the above into consideration, the Court finds that this fee is unconstitutional as applied to this Petitioner.  The Notice of Fee Assessment under 8 U.S.C. § 1815 lacks any basis to find that Petitioner was apprehended between points of entry or that he is inadmissible. The Court agrees with the holding in *F.R.P., supra*, that "due process requires more than has been given here." 2026 U.S. Dist. LEXIS 33812 at *12. The Government's failure to respond to this Motion is considered an admission as to these points.

Accordingly, having considered the briefing and the remainder of the record, the Court hereby finds and ORDERS that Petitioner Rolma Turenne's Motion to Grant Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, Dkt #17, is GRANTED.  Respondents are ENJOINED from fining Petitioner pursuant to the Notice of Fee Assessment under 8 U.S.C. § 1815 issued on January 22, 2026, or from otherwise taking any adverse action based on failure to pay that fee.  This case and Case No. 2:26-cv-00274-RSM are CLOSED.

DATED this 21st day of April, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 - 3